M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
DAVID ALBERTI (SBN 220625)
dalberti@feinday.com
SAL LIM (SBN 211836)
slim@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
**FEINBERG DAY ALBERTI & LIM & BELLOLI LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Telephone:  650.618.4360
Facsimile:   650.618.4368

*Attorneys for Plaintiffs*
Cellular Transitions, LLC

George F. Pappas (D.C. Bar. 431395)
(admitted *pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: gpappas@cov.com

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
Donald G. Rez (SBN 82615)
600 B Street, 17th Floor
San Diego, California 92101
Telephone: (619) 233-4100
Facsimile: (619) 231-4372
Email: rez@sullivanhill.com

Attorneys for Defendants and Counterclaimants,
LG Electronics Inc., LG Electronics U.S.A., Inc.,
and LG Electronics MobileComm U.S.A., Inc.
(additional attorneys on signature page)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLULAR TRANSITIONS, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.,<br><br>     Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:18-cv-01955-H-LL<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT STIPULATION TO STAY ALL FUTURE DEADLINES** |

1

PLEASE TAKE NOTICE that the parties have reached a settlement in principle in the above-captioned case.

In light of the parties' pending settlement, the parties hereby request through their respective counsel of record that the Court stay all future deadlines in this action to May 29, 2019 whereby the parties shall or will have filed a Joint Motion for Dismissal per the Court's Order of April 4, 2019 (Dkt. 44).  If the parties have not filed a Joint Motion for Dismissal by May 29, 2019, a Settlement Disposition Conference is set for June 4, 2019 at 9:30 am in Courtroom 2B before Magistrate Judge Linda Lopez.

Attached as Exhibit A is the intended document that will be filed upon execution of the settlement agreement and necessary conditions in the agreement.

Dated: April 8, 2019  Respectfully submitted,

FEINBERG DAY ALBERTI LIM & BELLOLI LLP

By */s/ Marc Belloli*
   Marc Belloli
   *Attorneys for Plaintiff*

Dated: April 8, 2019  By */s/ Ryan Roberts*
   George F. Pappas (*pro hac vice*)
   Brian Bieluch (*pro hac vice*)
   COVINGTON & BURLING LLP
   One CityCenter
   850 Tenth Street, NW
   Washington, DC 20001-4956
   Telephone: (202) 662-6000
   Facsimile: (202) 662-6291
   gpappas@cov.com
   bbieluch@cov.com

   Stanley Young (SBN 121180)
   Hyun Byun (SBN 281753)

Ryan Roberts (SBN 323527)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
syoung@cov.com
hbyun@cov.com
rroberts@cov.com

John K. Woo (SBN 281132)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
jwoo@cov.com

*Attorneys for Defendants*
LG Electronics Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc.

## **ATTESTATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all persons required to sign the document and authorization for the electronic signature of all parties has been obtained.

/s/ *Marc Belloli*

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing on counsel of record for all parties in this action, by notice of electronic filing, which was automatically generated by the Court's CM/ECF system at the time the document was filed with the Court.

April 8, 2019                                                    /s/ *Marc Belloli*