# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLULAR TRANSITIONS, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; and LG ELECTRONICS MOBILECOMM U.S.A., INC.,<br><br>                              Defendants. | Case No.: 18-cv-01955-H-LL<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 47.] |

On May 8, 2019, the parties filed a joint motion to dismiss the action pursuant to Federal Rule of Civil Procedure 41, with each party to bear its own costs, expenses, and attorneys' fees. (Doc. No. 47.) In the joint motion, the parties state that they agree that all claims in the action should be dismissed with prejudice and all counterclaims in the action should be dismissed without prejudice, subject to the terms of the agreement entitled "Settlement and License Agreement" and dated May 7, 2019. (Id.)

The Court, for good cause shown, grants the joint motion to dismiss. The Court dismisses all claims in the action with prejudice and all counterclaims in the action without

prejudice, with each party to bear its own costs, expenses, and attorneys' fees.  The Clerk is directed to close the case.

    **IT IS SO ORDERED.**

DATED: May 13, 2019

                                                                       _____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT